IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RHIAN SUGDEN, *et al.*,<br><br>                      *Plaintiffs*,<br><br>- against –<br><br>BISON BEER, INC., *et al.*,<br><br>                      *Defendants*. | Case No. 1:24-cv-00298-SPB |

## ADR STIPULATION

The parties, by and through their undersigned counsel, and pursuant to Local Rule 16.2 and the Court's Initial Scheduling Order, ECF No. 17, hereby stipulate and agree to mediate this matter and to do so on or before July 29, 2025, in accordance with the Court's Scheduling Order. The parties respectfully request referral to a U.S. Magistrate Judge for the purpose of mediation.

Dated: June 3, 2025

                                              */s/ John V. Golaszewski*
                                              John V. Golaszewski*
                                              The Casas Law Firm, PC
                                              1325 Avenue of the Americas 28th Floor
                                              New York, New York 10019
                                              T: 646-872-3178
                                              F: 855.220.9626
                                              john@talentrights.law
                                               *Admitted Pro Hac Vice
                                              *Attorneys for Plaintiffs*

                                              */s/ W. John Knox, Esq.*
                                              W. John Knox, Esq.
                                              SEBALD, HACKWELDER & KNOX
                                              Lovell Place
                                              137 East 13th Street
                                              Erie, Pennsylvania 16503
                                              TEL: 814.833.1987
                                              CELL: 814.490.1829
                                              FAX: 814.616.4095
                                              *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiffs' Motion for Referral for Mediation was served via ECF to all parties who have signed up to receive court notifications in this matter on this 8th day of June 2025.

*/s/ John V. Golaszewski*
John V. Golaszewski
